1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

                            ----oo0oo----

11

12   PATRICIA MARIA ESPINOLA, an        No. 2:25-cv-01117 WBS AC
     individual, and ALBINO
13   MEDEIROS ESPINOLA, an
     individual,
14
                  Plaintiffs,
15
          v.
16
     FORD MOTOR COMPANY, a
17   Delaware Corporation,

18                Defendant.

19

20                          ----oo0oo----

21              STATUS (PRETRIAL SCHEDULING) ORDER

22          After reviewing the parties' Joint Status Report, the

23   court hereby vacates the Status (Pretrial Scheduling) Conference

24   scheduled for August 11, 2025, and makes the following findings

25   and orders without needing to consult with the parties any

26   further.

27   I.   SERVICE OF PROCESS

28          All defendants have been served, and no further service

                                    1

1 is permitted without leave of court, good cause having been shown

2 under Federal Rule of Civil Procedure 16(b).

3 II.   JOINDER OF PARTIES/AMENDMENTS

4         No further joinder of parties or amendments to

5 pleadings will be permitted except with leave of court, good

6 cause having been shown under Federal Rule of Civil Procedure

7 16(b).   See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

8 (9th Cir. 1992).

9 III.  JURISDICTION/VENUE

10        Jurisdiction in this action brought under the Song-

11 Beverly Consumer Warranty Act is predicated upon 28 U.S.C. §

12 1332, because the parties are of diverse citizenship and the

13 amount in controversy exceeds $75,000.   Venue is undisputed and

14 hereby found to be proper.

15 IV.   DISCOVERY

16        The parties agree to serve the initial disclosures

17 required by Federal Rule of Civil Procedure 26(a)(1) on or before

18 **August 25, 2025.**

19        The parties shall disclose experts and produce reports

20 in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

21 later than **February 27, 2026.**  With regard to expert testimony

22 intended solely for rebuttal, those experts shall be disclosed

23 and reports produced in accordance with Federal Rule of Civil

24 Procedure 26(a)(2) on or before **March 13, 2026.**

25        All discovery, including depositions for preservation

26 of testimony, is left open, save and except that it shall be so

27 conducted as to be completed by **March 27, 2026.**   The word

28 "completed" means that all discovery shall have been conducted so

2

1  that all depositions have been taken and any disputes relevant to

2  discovery shall have been resolved by appropriate order if

3  necessary and, where discovery has been ordered, the order has

4  been obeyed.  All motions to compel discovery must be noticed on

5  the magistrate judge's calendar in accordance with the local

6  rules of this court and so that such motions may be heard (and

7  any resulting orders obeyed) not later than **March 27, 2026.**

8  V.    MOTION HEARING SCHEDULE

9       All motions, except motions for continuances, temporary

10 restraining orders, or other emergency applications, shall be

11 filed on or before **May 15, 2026.**  All motions shall be noticed

12 for the next available hearing date.  Counsel are cautioned to

13 refer to the local rules regarding the requirements for noticing

14 and opposing such motions on the court's regularly scheduled law

15 and motion calendar.

16 VI.   FINAL PRETRIAL CONFERENCE

17      The Final Pretrial Conference is set for **July 27, 2026,**

18 at 1:30 p.m. in Courtroom No. 5.  The conference shall be

19 attended by at least one of the attorneys who will conduct the

20 trial for each of the parties and by any unrepresented parties.

21      Counsel for all parties are to be fully prepared for

22 trial at the time of the Pretrial Conference, with no matters

23 remaining to be accomplished except production of witnesses for

24 oral testimony.  Counsel shall file separate pretrial statements,

25 and are referred to Local Rules 281 and 282 relating to the

26 contents of and time for filing those statements.  In addition to

27 those subjects listed in Local Rule 281(b), the parties are to

28 provide the court with: (1) a plain, concise statement which

3

1  identifies every non-discovery motion which has been made to the

2  court, and its resolution; (2) a list of the remaining claims as

3  against each defendant; and (3) the estimated number of trial

4  days.

5        In providing the plain, concise statements of

6  undisputed facts and disputed factual issues contemplated by

7  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

8  that remain at issue, and any remaining affirmatively pled

9  defenses thereto.  If the case is to be tried to a jury, the

10  parties shall also prepare a succinct statement of the case,

11  which is appropriate for the court to read to the jury.

12  VII. <u>TRIAL SETTING</u>

13        The jury trial is set for **September 22, 2026** at 9:00

14  a.m.  The parties estimate that the trial will last 3 to 5 days.

15  VIII.    <u>SETTLEMENT CONFERENCE</u>

16        A Settlement Conference with a magistrate judge will be

17  set at the time of the Pretrial Conference.  Counsel are

18  instructed to have a principal with full settlement authority

19  present at the Settlement Conference or to be fully authorized to

20  settle the matter on any terms.  At least seven calendar days

21  before the Settlement Conference counsel for each party shall

22  submit a confidential Settlement Conference Statement for review

23  by the settlement judge.  The Settlement Conference Statements

24  shall not be filed and will not otherwise be disclosed to the

25  trial judge.

26  IX.  <u>MODIFICATIONS TO SCHEDULING ORDER</u>

27        Any requests to modify the dates or terms of this

28  Scheduling Order, except requests to change the date of the

1  trial, may be heard and decided by the assigned Magistrate Judge.

2  All requests to change the trial date shall be heard and decided

3  only by the undersigned judge.

4          IT IS SO ORDERED.

5  Dated:  August 4, 2025

6  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28