**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA MARIA ESPINOLA, an individual, and ALBINO MEDEIROS ESPINOLA, an individual,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 2:25-cv-01117-WBS-AC<br><br>Judge: William B. Shubb<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER [DKT. 11]**<br><br>State Comp. Filed: March 7, 2025<br>Removed: April 16, 2025 |

ORDER GRANTING JOINT STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER [DKT. 11]

**HAVING CONSIDERD THE PARTIES' JOINT STIPULATION TO AMEND SCHEDULING ORDER:**

It is hereby ordered that the following dates set forth in the August 5, 2025, Pretrial Scheduling Order (Dkt. 11) are vacated and continued according to the revised schedule below:

| Event | Current Dates | Continued Dates |
|---|---|---|
| Expert Disclosures and Reports | 2/27/2026 | 3/27/2026 |
| Rebuttal Expert Disclosures and Reports | 3/13/2026 | 4/13/2026 |
| Discovery Cut-Off | 3/27/2026 | 4/27/2026 |

Pursuant to stipulation, **IT IS SO ORDERED**:

Dated:  February 24, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

ORDER GRANTING JOINT STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER [DKT. 11]